Exhibit 1

Int. Cl.: 9

Prior U.S. Cls.: 21 and 36

**United States Patent and Trademark Office** Reg. No. 1,758,097
Registered Mar. 16, 1993

## TRADEMARK
PRINCIPAL REGISTER

### THE BLACK CROWES

ROBINSON, CHRISTOPHER M. (UNITED STATES CITIZEN)
C/O ZIFFREN, BRITTENHAM & BRANCA
2121 AVENUE OF THE STARS, 32ND FLOOR
LOS ANGELES, CA 90067 AND

ROBINSON, RICHARD S. (UNITED STATES CITIZEN)
C/O ZIFFREN, BRITTENHAM & BRANCA
2121 AVENUE OF THE STARS, 32ND FLOOR
LOS ANGELES, CA 90067

FOR: SOUND RECORDINGS; NAMELY, PRE-RECORDED PHONOGRAPH RECORDS, AUDIO TAPES, COMPACT DISCS, VIDEOTAPES, VIDEOCASSETTES, DIGITAL AUDIO TAPES, COMPACT DISCS VIDEOS AND LASER DISCS FEATURING MUSIC AND ENTERTAINMENT, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 2-16-1990; IN COMMERCE 2-16-1990.

SER. NO. 74-277,545, FILED 5-21-1992.

AVALYN PITTS, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**  Reg. No. 1,770,516
Registered May 11, 1993

## SERVICE MARK
PRINCIPAL REGISTER

## THE BLACK CROWES

ROBINSON, CHRISTOPHER M. (UNITED STATES CITIZEN)
C/O ZIFFREN, BRITTENHAM & BRANCA
2121 AVENUE OF THE STARS, 32ND FLOOR
LOS ANGELES, CA 90067 AND

ROBINSON, RICHARD S. (UNITED STATES CITIZEN)
C/O ZIFFREN, BRITTENHAM & BRANCA
2121 AVENUE OF THE STARS, 32ND FLOOR
LOS ANGELES, CA 90067

FOR: ENTERTAINMENT SERVICES; NAMELY, LIVE PERFORMANCES BY A MUSICAL GROUP, IN CLASS 41 (U.S. CL. 107).

FIRST USE 12-31-1988; IN COMMERCE 4-30-1990.

SER. NO. 74-277,001, FILED 5-19-1992.

AVALYN PITTS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,053,166

Registered Apr. 15, 1997

## TRADEMARK
### PRINCIPAL REGISTER

### THE BLACK CROWES

ROBINSON, CHRISTOPHER M. (UNITED STATES CITIZEN)
GANG, TYRE, RAMER & BROWN, INC.
132 SOUTH RODEO DRIVE
BEVERLY HILLS, CA 90212

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-0-1990; IN COMMERCE 3-0-1990.

SN 74-590,965, FILED 10-26-1994.

ANIL V. GEORGE, EXAMINING ATTORNEY